UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 349 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JAQUAN LAMAR RODGERS WATTS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Joquan Lamar Rodgers Watts, which was referred to the Magistrate Judge with the consent of the parties.

On September 22, 2021, the government filed a 2 count Superseding Indictment, charging Defendant with Conspiracy to Distribute and Possession with Intent to Distribute Fentanyl, and Attempted Possession with Intent to Distribute Fentanyl in violation of Title 21 U.S.C. § 846. Defendant was arraigned on October 25, 2021, and entered a plea of not guilty to counts 1 and 2 of the Superseding Indictment, before Magistrate Jonathan D. Greenberg. On February 8, 2022, Magistrate Judge Greenberg received Defendant's plea of guilty to counts 1 and 2 of the Superseding Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Jaquan Lamar Rodgers Watts is found to be competent to enter a plea and to understand his

constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jaquan Lamar Rodgers Watts is adjudged guilty to counts 1 and 2 of the Superseding Indictment, in violation of Title 21 U.S.C. § 846. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on May 31, 2022 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 11, 2022