UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21 CR 349-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| JAQUAN LAMAR RODGERS WATTS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

    This matter was before the court on September 18, 2025 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Jaquan Lamar Rodgers Watts was present and represented by Assistant Federal Public Defender Ashlynn Rotta. The United States was represented by Assistant United States Attorney James Lewis. The Pretrial Services and Probation Office was represented by Douglas Warren. The court reporter was Shirle Perkins. Defendant admitted to supervised release violations at the September 10, 2025 hearing before Magistrate Judge Shepherd, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Rodgers Watts in violation of the terms of his supervised release.

    The court held a brief telephone conference with Counsel for the Parties and the Probation Officer on September 19, 2025 to discuss the possible need for clarification of the sentence imposed by the court. The court concluded that it would clarify in the Order that the 6 month sentence was

1

to run concurrent with the state sentence, resulting in Defendant's receiving credit for all the time served in state custody toward his federal sentence.

Therefore, IT IS ORDERED that Defendant's term of supervised release is revoked. Defendant is sentenced to 6 months custody of the Bureau of Prisons, with credit for time served as indicated above. Defendant's supervised release shall be extended for one year, with the same terms and conditions previously imposed, with the added conditions that Defendant shall have no contact with the victim mother and child in the underlying state court charge that is the subject of Defendant's supervision violation, unless approved by his Probation Officer.

Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 19, 2025